BEFORE THE THIRD DIVISION, SEPTEMBER 13, 1945

**No. 50475.**—Protests 46187–K, etc., of Asia Co. et al.   (Los Angeles).

Opinion by CLINE, J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. The merchandise represented by the items marked with the letter "A" on the invoices was held free of duty under paragraph 1705 as kelp, and that represented by the items marked with the letter "B" on the invoices was held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50476.**—Protests 25761–K, etc., of Foster Canning Co., Inc. (Galveston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was admitted in evidence herein, the protests were sustained as claimed.